UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Emilee Elson,

    Plaintiff,

vs.

                                  Case No. 2:15–cv–2419
                                  Judge Michael H. Watson
                                  Magistrate Judge Jolson

Commissioner of Social Security,

    Defendant.

## ORDER

This is an action instituted under the provisions of 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying Plaintiff's application for disability insurance benefits and supplemental security income. On May 17, 2016, the Magistrate Judge recommended that the decision of the Commissioner be affirmed and that the action be dismissed. Report and Recommendation ("R&R"), ECF No. 21. Although the parties were advised of their right to object to the R&R, and of the consequences of their failure to do so, there has been no objection.

    The R&R, ECF No. 21, is **ADOPTED**. The decision of the Commissioner is **AFFIRMED**. The Clerk shall enter **FINAL JUDGMENT** in favor of Defendant and terminate the case.

    IT IS SO ORDERED.

                                                            /s/ Michael H. Watson
                                                            MICHAEL H. WATSON, JUDGE
                                                            UNITED STATES DISTRICT COURT